Sand, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                       Plaintiffs,

        -against-

TREVCON CONSTRUCTION CO., INC.,

                       Defendant.
---------------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

07-CIV-11119 (LBS)

Sand, J.

    It having been reported to the Court that the above-entitled action has been settled by the parties, it is

    ORDERED that the action is hereby discontinued with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure.

    SO ORDERED.

Dated: New York, New York
          January 29, 2008

                                    Leonard B. Sand
                                    United States District Judge